IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

BUTTE DEVELOPMENT COMPANY,       )
                                 )
            Plaintiff,           )       TC-MD 101151D
                                 )
      v.                         )
                                 )
LINN COUNTY ASSESSOR             )
and DEPARTMENT OF REVENUE,       )
State of Oregon,                 )
                                 )
            Defendants.          )       **DECISION OF DISMISSAL**

This matter is before the court on Plaintiff's failure to respond to the court's Order, filed

January 10, 2012, stating that Plaintiff's appeal would be dismissed if Plaintiff failed to submit

within 14 days either a signed stipulation or a briefing schedule stating that motions for summary

judgment would be submitted within 60 days of the date of the Order. As of this date, Plaintiff

has not responded to the court's Order. Now therefore,

IT IS THE DECISION OF THIS COURT that this matter be dismissed.

Dated this ____ day of February 2012.

_____
JILL A. TANNER
PRESIDING MAGISTRATE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within 60 days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Presiding Magistrate Jill A. Tanner on February 7, 2012. The Court filed and entered this document on February 7, 2012.*

DECISION OF DISMISSAL  TC-MD 101151D                                         1